# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**Richard H. Hartman, II ,**

                **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　Case No. **8:11-cv-2477-T-27TGW**

**Dynamic Recovery Services, Inc. ,**

                **Defendant.**

_____/

**ENTRY OF DEFAULT**

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **Dynamic Recovery Services, Inc.** in Tampa, Florida on this 6th day of December, 2011.

                                                    SHERYL L. LOESCH, CLERK

                                                    By:   S/ J.  Hueting
                                                              Deputy Clerk

Copies furnished to:

Counsel of Record