FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2011 DEC -7 AM 11: 12

MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Richard H. Hartman II
    Plaintiff

Case No. 8:11-cv-2477-T-27TGW

vs.

Dynamic Recovery Services, Inc., et al..
    Defendant
_____/

### PLAINTIFF'S MOTION REQUESTING ACCESS TO THE COURT'S CASE MANAGEMENT/ELECTRONIC CASE FILING SYSTEM

Plaintiff Richard H. Hartman, pursuant to section III(C) of the March 15, 2007 *Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, for the United States District Court, Middle District of Florida, Tampa Division, respectfully moves this Honorable Court for leave of court granting Plaintiff access to the Case Management/Electronic Case Filing System. Permitting Plaintiff to access the CM/ECF system will be more convenient, and eliminate postage expenses for Plaintiff, Defendant and the Court as compared to the current paper filing requirement.

The United States District Court for the Middle District of Florida, Tampa Division, has granted such access to *pro se* litigants in the past, and Plaintiff respectfully requests the same consideration. See *Dickerson v. Community West Bank*, Case No. 8:10-cv-729-T-33AEP and *Carnes v. Potter*, Case No. 8:2006-cv-01292. In addition, Plaintiff has completed the online tutorial for the CM/ECF system on this Court's website, and already has a log-in and password to the system from a previous case.