UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD H. HARTMAN, II,

    Plaintiff,

vs.                                     Case No. 8:11-CV-2477-T-27TGW

DYNAMIC RECOVERY SERVICES, INC.,

    Defendant.
_____/

## ORDER

BEFORE THE COURT is Plaintiff's *pro se* motion for leave to seek discovery (Dkt. 7). Although a default has been entered against Defendant, Plaintiff requests to take discovery without engaging in the case management meeting required by Local Rule 3.05. Plaintiff, however, has not explained what discovery he wishes to take or why that discovery is necessary to prepare his motion for default judgment.

Accordingly, the motion for leave to seek discovery (Dkt. 7) is DENIED. Plaintiff is directed to comply with Local Rule 1.07(b).

**DONE AND ORDERED** this 8th day of December, 2011.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to:
Unrepresented parties