FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA  DEC 21  AM 9: 03
TAMPA DIVISION

MIDDLE ... FLORIDA
TAMPA, FLORIDA

Richard H Hartman II
    Plaintiff

                        CIVIL ACTION
vs.                     FILE NO:  8:11-cv-02477-JDW-TGW

Dynamic Recovery Services, Inc., et al.
    Defendants
_____/

## PLAINTIFF'S MOTION TO VACATE CLERK'S DEFAULT
## AND FOR LEAVE OF COURT TO AMEND COMPLAINT

Plaintiff Richard H. Hartman, II respectfully moves this Honorable Court for leave to amend his Complaint, pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure, due to defects in the original Complaint, as well as new information Plaintiff has discovered pertaining to Plaintiff's violations of state and federal consumer protection laws. Plaintiff also requests the Court vacate the Clerk's Default in this action as part of this Motion.

In addition, it is Plaintiff's intention to retain an attorney to file the amended Complaint, and to continue to litigate this action on Plaintiff's behalf.

Wherefore, Plaintiff respectfully Moves this Honorable Court to vacate the Clerk's Default in this action, and grant Plaintiff leave to Amend his Complaint within 21 days of the Court's Order.

Respectfully Submitted December 21, 2011

Richard H. Hartman, Plaintiff
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com

## CERTIFICATE OF SERVICE

Under penalty of Perjury, Richard H. Hartman, II certifies that he furnished a copy of the forgoing to Dynamic Recovery Services, Inc., 4101 McEwen Rd. Suite 150, Farmers Branch, Texas 75244 via U.S. Mail on December 21, 2011.

Richard H. Hartman