

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Richard H Hartman II
    Plaintiff

vs.

CIVIL ACTION
FILE NO: 8:11-cv-02477-JDW-TGW

Dynamic Recovery Services, Inc., et al.
    Defendants
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff Richard H. Hartman, II pursuant to Local Rule 3.08, M.D. Fla., hereby notifies the Court that the parties have agreed to settle this lawsuit. Accordingly, Plaintiff respectfully requests the Court dispose of this case pursuant to Local Rule 3.08(b).

Respectfully Submitted December 27, 2011.

## CERTIFICATE OF SERVICE

Under penalty of Perjury, Richard H. Hartman, II certifies that he furnished a copy of the forgoing to Dynamic Recovery Services, Inc., 4101 McEwen Rd. Suite 150, Farmers Branch, Texas 75244 via electronic mail on December 27, 2011.

Richard H. Hartman
12528 Shadow Ridge Blvd
Hudson, FL 34669
813-486-8287
rick@rickhartman.com

22528 Shadow Ridge Blvd
Hudson, FL 34669

U.S. District Court
801 N. Florida Ave
Tampa, FL 33602
ATTN: Civil Clerk

3360238009